FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 0 4 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-1471 MLG |
| vs. | ) Counts 1 and 2: 18 U.S.C. §§ 111(a) and (b): Assault Upon a Federal Officer Inflicting Bodily Injury; |
| **KENNETH LEE BEGAY,** | ) |
| Defendant. | ) Count 3: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about June 4, 2023, in San Juan County, in the District of New Mexico, the defendant, **KENNETH LEE BEGAY**, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with John Doe, an officer of the Bureau of Indian Affairs, an agency of the United States government, while John Doe was engaged in, and on account of, the performance of John Doe's official duties, and in the commission of such acts inflicted bodily injury upon John Doe.

In violation of 18 U.S.C. §§ 111(a) and (b).

Count 2

On or about June 4, 2023, in San Juan County, in the District of New Mexico, the defendant, **KENNETH LEE BEGAY**, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Jane Doe, an officer of the Bureau of Indian Affairs, an agency of the United States government, while Jane Doe was engaged in, and on account of,

the performance of Jane Doe's official duties, and in the commission of such acts inflicted bodily injury upon Jane Doe.

In violation of 18 U.S.C. §§ 111(a) and (b).

### Count 3

On or about June 4, 2023, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **KENNETH LEE BEGAY**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

*Remy Castillo*
Assistant United States Attorney

2